## CITY OF RIO RANCHO V. PREUT

This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**CITY OF RIO RANCHO,**
**Plaintiff-Appellant,**
**v.**
**REUBEN PREUT,**
**Defendant-Appellee.**

Docket No. A-1-CA-37635
COURT OF APPEALS OF NEW MEXICO
March 20, 2019

APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY, George P. Eichwald, District Judge

**COUNSEL**

Rio Rancho Office of the City Attorney, Gina R. Manfredi, Rio Rancho, NM, for Appellant.

Reuben Preut, Rio Rancho, NM, Pro Se Appellee.

**JUDGES**

LINDA M. VANZI, Judge. WE CONCUR:  J. MILES HANISEE, Judge, JULIE J. VARGAS, Judge

**AUTHOR:** LINDA M. VANZI

**MEMORANDUM OPINION**

**VANZI, Judge.**

**{1}** Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal has been filed and the time for doing so has expired. **REVERSED.**

**{2}** **IT IS SO ORDERED.**

**LINDA M. VANZI, Judge**

**WE CONCUR:**

**J. MILES HANISEE, Judge**

**JULIE J. VARGAS, Judge**